**Opinion issued August 5, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-14-00234-CV**

————————————

**MILTON BIRDWELL AND JOHN HATHCOTE, Appellants**

**V.**

**INTERLINC MORTGAGE SERVICES, LLC, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-03622**

---

## MEMORANDUM OPINION

Appellants, Milton Birdwell and John Hathcote, have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

# PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.